United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMUNDO G. S.[1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-699 |
| | § | |
| TODD M. LYONS, | § | |
| Acting Director of ICE, *et al.*, | § | |
| Respondents. | § | |

**ORDER REQUIRING STATUS REPORT**

The Court **ORDERS** Petitioner to file a status report concerning the status of his immigration proceedings by **no later than October 6, 2026.**

Signed on September 22, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.